

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Felipe Garcia,

**Plaintiff,**

V.

See Attachment

**Defendant.**

Civil Action No.   21cv1991-MMA-MSB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Plaintiff's Motion for Leave to File Excess Pages and dismisses this action in its entirety without further leave to amend pursuant to 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(b). The Court certifies that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Date:   6/30/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ T. Ferris

T. Ferris, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 21cv1991-MMA-MSB

N. Castro, Case Records Analyst;
D. Lewis, Associate Warden;
J. Gomez-Godinez;
J. Garcia, Correctional Counselor;
A. DeLaVega, Correctional Counselor,

Defendants.